IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MARSHALL,<br>    Plaintiff,<br><br>v.<br><br>CYNTHIA STEWART,<br>    Respondent. | )<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 15-589-WS-N<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Michael Anthony Marshall's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED without prejudice** as second or successive.

**DONE** and **ORDERED** this the 12th day of December, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE
