IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MARSHALL,<br>   Plaintiff, | )<br>)<br>)<br>) |
| v. | )   CIVIL ACTION NO. 15-589-WS-N |
| CYNTHIA STEWART,<br>   Respondent. | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Michael Anthony Marshall's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 12th day of December, 2016.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**